**No. 09-11430. Derrick Kingsley Walker, Petitioner v. Don Jarriel, Warden.**

562 U.S. 880, 131 S. Ct. 197, 178 L. Ed. 2d 119, 2010 U.S. LEXIS 6988, ▮

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-11431. Rafael Angiano, Petitioner v. Raul Lopez, Warden.**

562 U.S. 880, 131 S. Ct. 197, 178 L. Ed. 2d 119, 2010 U.S. LEXIS 6742.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 366 Fed. Appx. 726.

**No. 09-11432. Jimmie Moody, Petitioner v. Illinois.**

562 U.S. 880, 131 S. Ct. 197, 178 L. Ed. 2d 119, 2010 U.S. LEXIS 6721.

October 4, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 395 Ill. App. 3d 1116, 369 Ill. Dec. 493, 986 N.E.2d 806.

**No. 09-11433. Matthew Quigley, Petitioner v. Illinois.**

562 U.S. 880, 131 S. Ct. 197, 178 L. Ed. 2d 119, 2010 U.S. LEXIS 6903.

October 4, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, Second District, denied.

Same case below, 394 Ill. App. 3d 1114, 369 Ill. Dec. 98, 985 N.E.2d 1084.

**No. 09-11434. Gerald Robbins, Petitioner v. Hugh Smith, Warden.**

562 U.S. 880, 131 S. Ct. 197, 178 L. Ed. 2d 119, 2010 U.S. LEXIS 6821.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-11435. Larry Purnell, Petitioner v. United States.**

562 U.S. 880, 131 S. Ct. 197, 178 L. Ed. 2d 119, 2010 U.S. LEXIS 7076.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 09-11436. Darrell L. Padgett, Petitioner v. United States.**

562 U.S. 880, 131 S. Ct. 198, 178 L. Ed. 2d 119, 2010 U.S. LEXIS 6871.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 354 Fed. Appx. 806.